# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145152

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 145152
                               COA: 303824

TOMMY JOHNNY EMORY,
      Defendant-Appellant.
                               Kalamazoo CC: 2010-001366-FC

_____/

     On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

_____    _____
                                          Clerk

s1017